JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ANDREW MILLS,<br><br>          Petitioner,<br><br>     v.<br><br>LINDA SANDERS, Warden,<br><br>          Respondent. | Case No. CV 11-0812-JFW (JEM)<br><br>**JUDGMENT** |

    In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus in this action is dismissed without prejudice.

DATED: March 18, 2011

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE